IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00425-FDW

| | |
|---|---|
| DEMARIS L. GRICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FRANK PERRY, Secretary, ) | |
| N.C. Dept. of Public Safety, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on consideration of Petitioner's pro se motion for a certificate of appealability. (Doc. No. 13).

Petitioner is a prisoner of the State of North Carolina who filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254 on or about August 4, 2014. On November 26, 2014, this Court granted Respondent's motion for summary judgment on the claims raised by Petitioner in his habeas petition after finding the claims were without merit, and the Court declined to issue a certificate of appealability. In Petitioner's present motion, he presents largely the same claims that have been previously dismissed in support of his motion for a certificate of appealability. For the reasons stated in the Court's November 26, 2014 Order, (Doc. No. 11), Petitioner's present motion will be denied.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion for a certificate of appealability is **DENIED**. (Doc. No. 13).

Signed: November 20, 2015

Frank D. Whitney
Chief United States District Judge